UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

| | | |
|---|---|---|
| ALKA JAUHARI, | : | CIVIL ACTION NO. |
|     Plaintiff, | : | 3:16-cv-00680-AWT |
| | : | |
| v. | : | |
| | : | |
| SACRED HEART UNIVERSITY, INC., | : | |
|     Defendant. | : | JULY 18, 2016 |

---

## <u>MOTION FOR PARTIAL DISMISSAL</u>

Pursuant to Fed. R. Civ. P. 12(b)(6) and D. Conn. L. Civ. R. 7, the Defendant Sacred Heart University, Inc. (the "University") respectfully moves to dismiss the following claims in Plaintiff's Complaint: the implied covenant of good faith and fair dealing claim in Count One; the age discrimination claims in Counts Three and Four under the Connecticut Fair Employment Practices Act ("CFEPA") and the Age Discrimination in Employment Act ("ADEA"); any claims for punitive damages under CFEPA or the ADEA; and any claim for compensatory damages under the ADEA. For the reasons set forth in the accompanying memorandum of law, the University's Motion should be granted.

THE DEFENDANT,
SACRED HEART UNIVERSITY, INC.


By: _____/s/  Jonathan C. Sterling_____
James M. Sconzo, Esq. (ct04571) and
Jonathan C. Sterling, Esq. (ct24576)
CARLTON FIELDS JORDEN BURT, P.A.
One State Street
Suite 1800
Hartford, CT  06103
Telephone:  860-392-5000
Facsimile:  860-392-5058
Email:   jsconzo@carltonfields.com
            jsterling@carltonfields.com
Its Attorneys


**<u>CERTIFICATION</u>**


This is to certify that on this 18th day of July, 2016, a copy of the foregoing was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system:

Jacques Parenteau, Esq.
Madsen Prestley & Parenteau, LLC
105 Huntington Street, P.O. Box 1631
New London CT 06320


_____/s/ Jonathan C. Sterling_____
Jonathan C. Sterling