UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
------------------------------- x
ALKA JAUHARI,                   :
                                :
        Plaintiff,              :     Civil No. 3:16-cv-680(AWT)
                                :
v.                              :
                                :
SACRED HEART UNIVERSITY, INC.,  :
                                :
                                :
        Defendant.              :
------------------------------- x
```

**ORDER RE STATUS REPORT**

On **February 1, 2017**, the parties shall file a joint status report advising the court about:

1. The status of discovery;

2. Any discovery issues foreseen by either; and

3. The first date on which a settlement conference would be productive.

It is so ordered.

Signed this 15th day of August 2016, at Hartford, Connecticut.

                                    /S/
                              Alvin W. Thompson
                          United States District Judge