UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ALKA JAUHARI, | : | CIVIL ACTION NO. |
|    Plaintiff, | : | 3:16-cv-00680-AWT |
| | : | |
| v. | : | |
| | : | |
| SACRED HEART UNIVERSITY, INC., | : | |
|    Defendant. | : | NOVEMBER 8, 2016 |

**CONSENT MOTION FOR EXTENSION OF TIME**

Pursuant to D. Conn. L. Civ. R. 7(b), the Defendant, Sacred Heart University, Inc. ("Sacred Heart University") hereby requests an extension of thirty (30) days in which to answer, object or otherwise respond to Plaintiff's interrogatories and requests for production. The Plaintiff's requests are voluminous and additional time is needed to assess and compile responses thereto. The current deadline for responding to Plaintiff's discovery is November 25, 2016. Sacred Heart University seeks an additional thirty (30) days to respond, up to and including December 26, 2016. Plaintiff's counsel consents to the extension. This is Sacred Heart University's first request for an extension of this deadline.

WHEREFORE, the Defendant, Sacred Heart University, respectfully requests that the Court grant its motion for extension of time of thirty (30) days, until and including December 26, 2016 in which to respond to the Plaintiff's written discovery.

THE DEFENDANT,
SACRED HEART UNIVERSITY, INC.


By:      /s/ Jonathan C. Sterling
     James M. Sconzo, Esq. (ct04571) and
     Jonathan C. Sterling, Esq. (ct24576)
     CARLTON FIELDS JORDEN BURT, P.A.
     One State Street
     Suite 1800
     Hartford, CT  06103
     Telephone:  860-392-5000
     Facsimile:  860-392-5058
     Email:   jsconzo@carltonfields.com
             jsterling@carltonfields.com
     Its Attorneys


## **CERTIFICATION**

I hereby certify that, on this 8th day of November, 2016, a copy of the foregoing was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.


                                           /s/ Jonathan C. Sterling
                                              Jonathan C. Sterling

109575707